**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6307**

_____

BERNARDO FIGUEROA,

Plaintiff - Appellant,

and

RAYMOND ATKINS; LATELL CARLOS; LABARRY ANDRE
BEELER; BERNARD HAILSTOCK; RICKY ARCHIE; TROY
ANTHONY ANGE; JASON W. GREGORY; ERICK GUZMAN;
JOSE DIAZ; DUY TRAN; CHARLES BROWN; ARTIE
JONES,

Plaintiffs,

versus

RONALD J. ANGELONE; S. K. YOUNG, Warden,
Wallens Ridge State Prison; A. P. HARVEY,
Assistant Warden Operations; R. B. PHILLIPS;
R. A. YOUNG, Regional Director; JOHN DOES,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Senior District
Judge.  (CA-00-939-7)

_____

Submitted:  April 12, 2001        Decided:  April 23, 2001

_____

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

_____

Affirmed in part and dismissed in part by unpublished per curiam opinion.

---

Bernardo Figueroa, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bernardo Figueroa appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint.[*] We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Figueroa v. Angelone</u>, No. CA-00-939-7 (W.D. Va. Feb. 8, 2001). To the extent that Figueroa seeks mandamus relief, we note that any such request is moot. We deny as moot Figueroa's motion for a temporary restraining order and/or preliminary injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART; DISMISSED IN PART

---

[*] We note that while the notice of appeal lists twelve other inmates who were Plaintiffs below as joining in this appeal, only Figueroa signed the notice of appeal. All Appellants other than Figueroa are therefore dismissed from this appeal. See <u>Covington v. Allsbrook</u>, 636 F.2d 63, 63-64 (4th Cir. 1980).